IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:93-cr-01029-MP

RAY EPPS,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 303, Motion [for] Reimbursement of Funds, filed by the defendant, Ray Epps. Mr. Epps, who is acting *pro se* and claims to have little knowledge of how to obtain the requested relief under the law, has filed the instant motion in a letter addressed to the Court. In 1994, Mr. Epps pleaded guilty to a conspiracy involving the distribution of cocaine and crack cocaine. As part of Mr. Epps' sentence, the Court fined Mr. Epps $38,600.00. Upon the Government's motion (Doc. 300), the Court entered an order (Doc. 301) on November 22, 2006, remitting the unpaid portion of that fine.

According to Mr. Epps, he paid $1,500.00 per month toward his $38,600.00 fine while he was incarcerated. Mr. Epps claims that the money for these payments came from benefits paid to Mr. Epps by the Department of Veterans Affairs ("VA"). Mr. Epps claims that he later received notice from the VA that he should not have been receiving benefits after his arrest. By that time, however, Mr. Epps claims that $36,650.00 of his benefits had already been paid toward his $38,600.00 fine. The total amount of unearned VA benefits Mr. Epps received was $46,660.01, as detailed in the letter from the VA attached to the instant motion. Mr. Epps claims that, in order to collect this debt, the VA has been withholding $300.00 from his monthly

benefits check as of April 2000.

In his motion, Mr. Epps requests that the $36,650.00 he paid toward his court-ordered fine be reimbursed. Although the grounds for the requested reimbursement are not entirely clear, Mr. Epps appears to be arguing that the VA benefits diverted toward his fine should not have been accepted by the Government, because no such benefits were due to Mr. Epps at that time. Therefore, the argument would seem to go, the Government is responsible for $36,650.00 of Mr. Epps' resultant indebtedness to the VA.

A response from the Government is needed to resolve this matter. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Government is directed to file a response to Mr. Epps' motion (Doc. 303) on or before Monday, June 29, 2009.

**DONE AND ORDERED** this   *29th* day of May, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge

*Case No: 1:93-cr-01029-MP*